**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
_____Western District of Texas_____

Case number (if known): _____  Chapter __7__

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | NooknCranny, LLC | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as names* | Nook Tiny Homes<br>Nook Tiny Homes, LLC | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 1 – 5 0 5 6 2 4 8 | |
| **4. Debtor's address** | **Principal place of business**<br><br>21111 Hwy 71 West, Suite 801<br>Number       Street<br><br>Spicewood, TX 78669<br>City                          State   ZIP Code<br><br>Travis<br>County | **Mailing address, if different from principal place of business**<br><br>3204 Crosswind Dr<br>Number       Street<br><br>Spicewood, TX 78669<br>City                          State   ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number       Street<br><br>_____<br>City                          State   ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ | |

Debtor     NooknCranny, LLC                           Case number *(if known)* _____
               Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*
- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. Check **all** that apply:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District _____ When ___/___/_____ Case number _____
                                     MM / DD / YYYY
  District _____ When ___/___/_____ Case number _____
                                     MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor _____ Relationship _____
  District _____ When ___/___/_____
                              MM / DD / YYYY
  Case number, if known _____

Debtor    NooknCranny, LLC                              Case number *(if known)* _____
        Name

**11. Why is the case filed in *this district*?**

   *Check all that apply:*

   ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

   ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

   ☒ No

   ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** *(Check all that apply.)*

   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

   ☐ It needs to be physically secured or protected from the weather.

   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

   ☐ Other _____

   **Where is the property?** _____
                               Number      Street

   _____     ___    _____
   City                                State     ZIP Code

   **Is the property insured?**

   ☐ No

   ☐ Yes.    Insurance agency _____

                     Contact name _____

                     Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

   *Check one:*

   ☐ Funds will be available for distribution to unsecured creditors.

   ☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

   ☒ 1-49    ☐ 50-99    ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000

   ☐ 100-199    ☐ 200-999    ☐ 10,001-25,000    ☐ More than 100,000

**15. Estimated assets**

   ☐ $0-$50,000                ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion

   ☐ $50,001-$100,000           ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion

   ☐ $100,001-$500,000         ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion

   ☒ $500,001-$1 million         ☐ $100,000,001-$500 million    ☐ More than $50 billion

Debtor __NooknCranny, LLC_____   Case number *(if known)* _____
       Name

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/13/2023__
             MM/ DD/ YYYY

X __/s/ Jonathan White_____   _____Jonathan White_____
Signature of authorized representative of debtor   Printed name

Title _____Member_____

**18. Signature of attorney**

X _____/s/ Sarah M. Cox_____   Date __11/13/2023__
Signature of attorney for debtor           MM/ DD/ YYYY

__Sarah M. Cox_____
Printed name

__Spector & Cox_____
Firm name

__12770 Coit Road Suite 850_____
Number       Street

__Dallas_____   __TX_____   __75251_____
City   State   ZIP Code

__(530) 848-3831_____   __sarah@spectorcox.com_____
Contact phone   Email address

__24119316_____   __TX_____
Bar number   State

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page **4**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Texas

**In re**  NooknCranny, LLC

**Debtor**

Case No. _____

Chapter _____7_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................. $10,000.00

   Prior to the filing of this statement I have received ..................................................... $10,000.00

   Balance Due .................................................................................................................. $0.00

2. The source of the compensation paid to me was:

   ☐ Debtor     ☑ Other (specify)   Jim Waltrip Enterprises, LLC; Judson Sutherland

3. The source of compensation to be paid to me is:

   ☐ Debtor     ☑ Other (specify)   _____

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Page 1 of 2

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 11/13/2023 | /s/ Sarah M. Cox |
|---|---|
| *Date* | Sarah M. Cox |
| | *Signature of Attorney* |
| | Bar Number: 24119316 |
| | Spector & Cox |
| | 12770 Coit Road Suite 850 |
| | Dallas, TX 75251 |
| | Phone: (214) 310-1321 |
| | |
| | Spector & Cox |
| | *Name of law firm* |

Page 2 of 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **NooknCranny, LLC**                  CASE NO

                                             CHAPTER **7**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    11/13/2023      Signature         /s/ Jonathan White
                                                            Jonathan White, Member

Adrian Mauricio Rivera
1601 Pleasant Cove Apt A
Austin, TX 78754

Alex Welling
10272 Macedonia St
Longmont, CO 80503

BSL Colina
P.O. Box 86
Fredericksburg, TX 78624-0113

Casey Joe Ingle
724 Magnolia Lane
Horseshoe Bay, TX 78657

Charles Ruesink
10200 Sausalito Dr 78759
78769

Corey and Michelle Ulmer
P.O. Box 161871
Austin, TX 78716

CTRMA
3300 N IH-35, Suite 300
Austin, TX 78705

Daniel Monrrial
124 Brushy Hills Rd
Spicewood, TX 78669

E.R. Calogero III
1205 Overlook Circle
Spicewood, TX 78669

FORA Financial
1385 Broadway, 15th Floor
New York, NY 10018

Founders Firm LLC
1803 West Avenue
Austin, TX 78701

Grable Martin Fulton PLLC
750 N Saint Paul St Ste 250, PMB 51281
Dallas, TX 75201-3206

Heather Franklin
3196 County Road 3430
Lampasas, TX 76550

ICC NTA
305 North Oakland Ave PO Box 490
Nappanee, IN 46550

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19114

Jake Belford
255 NW 10th Ave, 618
Portland, OR 97209

Jen and Marc Bodnar
514 Americas Way PMB 19163
Box Elder, SD 57719


Jim Waltrip Enterpises, LLC
PO Box 28782
Austin, TX 78755


Joangel Salazar
2112 E William Cannon Dr Apt 1124
Austin, TX 78744


John van Vlaardingen
500 Benchmark Drive
Olathe, CO 81425


Jonathan W White
3204 Crosswind Drive
Spicewood, TX 78669


JW & Co Contractor Service
107 Parr Ave
Spicewood, TX 78669


K&J Woodworks
86 South Old Spanish Trail
Kyle, TX 78640


Kelly Green
GreenMark Enterprises
1100 The Cape Road Ste 501
Horseshoe Bay, TX 78657

Kinsale Insurance
25 Concord Road
Lee, NH 03861


Lalo and Brandy Salmeron
Attn John McConnell
1204 San Antonio St 2nd flr
Austin, TX 78701


Micro South Inc
4107 Steep Rock Lane
Austin, TX 78732


MidContinent Casualty
PO Box 679336
Dallas, TX 75267


MIllie Lindsey
c/o Sharon Perry
9101 Hog Eye Road #1221
Austin, TX 78724


Nodeform c/o Hayden Minick
30350 Ralph Fair Rd
Fair Oaks Ranch, TX 78015


Norm and Joni Jones
412 S. Adams St. Mailbox 561
Fredericksburg, TX 78624


O Connor Trailer
5411 US Hwy 281
Marble Falls, TX 78654

Ovando Ayala Rivera
8010 Canoga Ave
Austin, TX 78724

P&E Mechnical Contractors
5279 N State Hwy 6
Woodway, TX 76712

Paychex Inc
PO Box 31579
Chicago, IL 60631

ProChoice Lumber
P.O. Box 162526
Austin, TX 78716

QuickRoof
925 E Kennedale Parkway
Kennedale, TX 76060

Rachel Lape
502 Maple St.
Ridgefield, WA 98642

Robert W. Johnson
The Johnson Law Office, P.C.
9118 Third Avenue
01120

Scott Oakes/OakesMadeLLC
3918 CR 3323
Greenville, TX 75402

Susan Palbykin
c/o Michael Alfred
Verislaw PLLC
6508 Colleyville Boulevard Ste 100
Colleyville, TX 76034

Texas Comptroller of Public Accounts
Revenue Acct. Division
Bankruptcy Section
PO Box 13528
Austin, TX 78711

Tim and Marci Taylor
30350 Ralph Fair Rd
Boerne, TX 78015

Truist Bank
214 N. Tryon St
Charlotte, NC 28202

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158

USA FrameTek
1300 CR 257
Liberty Hill, TX 78642

Vertex Mechanical
Ste 101
21325 Hilldale
Spicewood, TX 78669

Volstrukt LLC
701 Brazos St #1600
Austin, TX 78701

WorkSmart Holdings, LLC
1803 West Avenue
78701


Worksmart Partners, LLC
1803 West Ave
Austin, TX 78701


Zilker Partners
12400 W Highway 71 Ste 350-146
Austin, TX 78738